**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**


ALISON BALL                                          )
                                                     )
Plaintiff,                                           )        **No. 11-CV-02006**
                                                     )
        vs.                                          )        **STIPULATION OF DISMISSAL**
                                                     )        **WITH PREJUDICE AND**
                                                     )        **[PROPOSED] ORDER**
PORTFOLIO RECOVERY                                   )
ASSOCIATES, LLC,                                     )
                                                     )        **Fed. R. Civ. P. 41(a)(1)**
                                                     )
        Defendant.                                   )


        Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ALISON BALL and Defendant,

PORTFOLIO RECOVERY ASSOCIATES, LLC, stipulate, and the Court hereby orders, as

follows:

        1.      The dispute between the parties has been settled, therefore, the claims asserted by

Plaintiff, ALISON BALL, against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC,

in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ.

P. 41(a)(1).

1

Error! Unknown
document property.

1

2

3

4   Dated:  August 22, 2011                    KROHN & MOSS, LTD.

5                                              /s/  Adam Maxwell
                                               Adam Maxwell
6                                              Attorney for Plaintiff,
                                               ALISON BALL
7

8   Dated: August 22, 2011

9                                              BERMAN & RABIN, P.A.

10                                             /s/ Rachel B. Ommerman
                                               Rachel B. Ommerman
11                                             Daniel S. Rabin
                                               Attorneys for Defendant,
12                                             PORTFOLIO RECOVERY ASSOCIATES, LLC

13

14

15

16

17

18  THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
19

20  Dated:

21                                             _____
                                               The Honorable Judge
22                                             United States District Judge

23

24

25

26

27

28

Error! Unknown
document property

Stipulation of Dismissal and [Proposed] Order